UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

        Plaintiff,

   v.

SCOTT VAILETTE, individually and as Trustee of the PHIL LOCKE 1998 REVOCABLE TRUST,

        Defendant.
_____/

NO. CIV. S-06-527 LKK/PAN

O R D E R

Pursuant to the stipulation of the parties, and good cause appearing therefore, defendant Scott Vailette is DISMISSED in his individual capacity and the date by which plaintiff shall seek default against the Trust is EXTENDED to August 2, 2006.

IT IS SO ORDERED.

DATED: June 2, 2006

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT